JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Benigno Yuzon, et al.,    ) | SACV 11-00673-JVS(MLGx) |
|      Plaintiff,    ) | |
|          ) | ORDER OF DISMISSAL FOR |
|     v.    ) | LACK OF PROSECUTION |
| EMC Mortgage Corp., et al.,    ) | |
|          ) | |
|      Defendants.    ) | |
| _____) | |

    The Court having issued an Order to Show Cause on
<u>    August 26, 2011   </u> as to why this action should not be
dismissed for lack of prosecution, with a written response due on
September 16, 2011 and no response having been made,

    IT IS HEREBY ORDERED that this action is dismissed for lack of
prosecution pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: September 20, 2011

_____
James V. Selna
United States District Judge